## UNITED STATES v. GRAY.

(District Court, E. D. New York. June 25, 1918.)

BANKRUPTCY ☞486—OFFENSES—FALSE OATH.

A bankrupt, who on examination in a bankruptcy proceeding, in answer to a question requiring a statement of assets, willfully fails to state all of such assets, is guilty of making a false oath and punishable under Bankr. Act July 1, 1898, c. 541, § 29b (2), 30 Stat. 554 (Comp. St. § 9613).

Criminal prosecution by the United States against Malvina Gray. On motion to set aside verdict. Denied.

Melville J. France, U. S. Atty., of Brooklyn, for the United States. Robert H. Elder, of New York City, for defendant.

GARVIN, District Judge. Defendant has been convicted of willfully and corruptly swearing falsely before a special commissioner in a bankruptcy proceeding, and now moves to set aside the verdict and for a new trial, claiming that perjury has not been proved. In my opinion, when the witness undertook to answer a question by which it was sought to ascertain what other places she had, and when she failed to state those places, such failure was equivalent to swearing to a statement of assets which was incomplete. The latter is perjury. United States v. Nihols, 4 McLean, 23, Fed. Cas. No. 15,880.

Motion to set aside verdict denied.